

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 10 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 20 CR 263  JUDGE SHAH |
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| JOSEPH HAMMOND | MAGISTRATE JUDGE FUENTES |

The SPECIAL JANUARY 2019 GRAND JURY charges:

On or about June 3, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSEPH HAMMOND,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Glock, Model 20, 10mm semi-automatic pistol, bearing serial number BDMW734, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL JANUARY 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock, Model 20, 10mm semi-automatic pistol, bearing serial number BDMW734, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY