# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                          Case No.: 1:20–cr–00263
                                            Honorable Manish S. Shah

Joseph Hammond
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 16, 2020:

MINUTE entry before the Honorable Manish S. Shah: Defendant's motion for an extension of time to file pretrial motions [25] is granted. Any pretrial motions must be filed by 10/16/20, and the parties shall file a joint status report on 10/20/20 with an update on whether the parties anticipate resolving the case short of trial. Time is excluded under the Speedy Trial Act until 10/21/20 to serve the ends of justice, without objection. The delay is necessary for the effective preparation of counsel and includes time to review discovery and prepare pretrial motions. The delay outweighs the interests of the defendant and the public in a speedy trial. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.